JS-6



**Neway Mengistu**
**6702 Selma Avenue**
**Los Angeles, CA 90028**

Telephone No.: (323) 871-2460

Plaintiff, in propria persona

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY MENGISTU,<br><br>Plaintiff<br><br>v.<br><br>BAY AREA CREDIT SERVICE LLC,<br>and DOES 1 to 10, inclusive,<br><br>Defendants | CIVIL CASE NO.:<br>CV 08-6894 AHM (SSx)<br><br>**NOTICE OF**<br>**VOLUNTARY**<br>**DISMISSAL**<br><br>Honorable Judge: A. Howard Matz |

Plaintiff, Neway Mengistu, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case with prejudice and without an award of Costs or attorneys' fees to either party. Defendants have stipulated to the dismissal terms specified herein.

Dated: January 02, 2009

Respectfully submitted,

_____
Neway Mengistu

1

IT IS SO ORDERED
Dated: JAN - 5 2009
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

CASE NAME:     Mengistu vs. Bay Area Credit Service LLC, et al.
USDC Case No.: **CV 08-6894 AHM (SSx)**

I, Shaun Kirby, declare as follows:

1. At the time of service, I was at least 18 years of age and not a party to this legal action. I am a resident or employed in the County where the within-mentioned service occurred.

2. My business address is:
   6464 W Sunset Blvd
   Los Angeles, CA 90028-8001

3. On January 02, 2009, I served, ***NOTICE OF VOLUNTARY DISMISSAL***, by United States mail as follows: I enclosed a copy in an envelop, with postage fully prepaid, addressed to the party addressee named below, and I deposited the sealed envelope with the United States Postal Service in Hollywood, California, for delivery as follows:

   Mr. Andrew Steinheime, Esq
   Mr. James Cotter, Esq.
   Ellis, Coleman, Poirier, Lavoie & Steinheime LLP
   555 University Avenue, Suite 200 East
   Sacramento, CA 95825

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 02, 2009

Shaun Kirby
PRINT NAME                                Signature of Declarant

1